No. 870. DeLYRA v. UNITED STATES;
No. 966. PARKS v. UNITED STATES;
No. 980. CRISONA v. UNITED STATES; and
No. 981. DeLYRA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *James M. La Rossa* for petitioner in No. 870; *Eugene J. Moran* for petitioner in No. 966; *Maurice Edelbaum* for petitioner in No. 980; and *Jacob P. Lefkowitz* for petitioner in No. 981. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States in all four cases. Reported below: 416 F. 2d 107.

No. 945. GOSSETT ET AL. v. UNITED STATES; and
No. 991. CLARIDGE ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Stephen I. Zetterberg* for petitioners in each case. *Solicitor General Griswold, Assistant Attorney General Kashiwa, S. Billingsley Hill,* and *Edmund B. Clark* for the United States in both cases. Reported below: No. 945, 416 F. 2d 565; and No. 991, 416 F. 2d 933.

No. 949. DUNN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Norman B. Smith* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1012. SERBIAN EASTERN ORTHODOX CONGREGATION OF "ST. GEORGE," ELIZABETH, NEW JERSEY, ET AL. v. SERBIAN EASTERN ORTHODOX CONGREGATION OF "ST. GEORGE," ELIZABETH, NEW JERSEY (DIOCESE FOR EASTERN STATES OF AMERICA AND CANADA), ET AL. Super. Ct. N. J. Certiorari denied. *Daniel J. Russell* for petitioners. *Jeremiah D. O'Dwyer* for respondents.